■ PAUL KNOX, Appellant, v. JOSEPHINE L. MONDO, Respondent.— Same decision and like cause of action as in companion case of *Knox* v. *Mondo* (*ante*, p. 937). Present — McCurn, P. J., Kimball, Wheeler and Williams, JJ.

■ JOHN DE SPIRITO, Respondent, v. FRANK W. SZCZECH et al., Doing Business as WISE AUTO SALES, Appellants.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Onondaga County Court for plaintiff in an action to recover the value of merchandise purchased by defendants.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Bastow, JJ.

■ EVA A. PASCUCCI, Appellant, v. INTRASTATE THEATRE CORPORATION, Respondent.— Judgment reversed on the law and a new trial granted, with costs to the appellant to abide the event, on the ground that, in our view of it, the evidence presented a question of fact as to the negligence of the defendant. All concur. (Appeal from a judgment of Cattaraugus Trial Term dismissing the complaint at the close of plaintiff's case, in a negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Bastow, JJ.

■ MUTUAL BOX BOARD COMPANY, Respondent, v. CAMERON MACHINE COMPANY, Appellant. CAMERON MACHINE COMPANY, Appellant, v. MUTUAL BOX BOARD COMPANY, Respondent.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Oneida Special Term granting a motion by Mutual Box Board Co. to consolidate a Kings County action with an Oneida County action, with Mutual Box Board Co. as plaintiff and with venue in Oneida County.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ.

■ In the Matter of the Accounting of LEONA S. HOWLETT, Respondent, as Executrix of HAROLD A. HOWLETT, Deceased. S. J. REYNOLDS, Appellant.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Onondaga Surrogate's Court denying claimant's motion for summary judgment in a proceeding involving a claim against decedent's estate for amounts alleged to be due on a stock sale.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ.

■ RICHARD J. RODENHOUSE, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 31925.) — Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment of the Court of Claims dismissing a claim for damages for personal injuries alleged to have been sustained by reason of improper construction of approach to underpass.) Present — Vaughan, J. P., Kimball, Wheeler, Williams and Bastow, JJ.

■ WALTER J. RODENHOUSE, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 31926.) — Same decision and like cause of action as in companion case of *Rodenhouse* v. *State of New York* (*ante*, p. 938). Present — Vaughan, J. P., Kimball, Wheeler, Williams and Bastow, JJ.

■ ROBERT H. FELDMEIER, as a Stockholder of Sanitary Processing Equipment Corporation, Respondent, v. ERIC WEBSTER et al., Appellants.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Onondaga Special Term denying defendants' motion for a change of venue from Onondaga County to Queens County, in a stockholder's action.) Present — Vaughan, J. P., Kimball, Wheeler, Williams and Bastow, JJ. [208 Misc. 996.]